UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

| | |
|---|---|
| MARC W. LAMBERTI, pro se,<br>    Plaintiff<br><br>v.<br><br>DELTA ROOFING, LLC,<br>DELTA ROOFING MAINE, LLC,<br>BRETT D. CHAPMAN,<br>SAMUEL M. SHERRY, and<br>METROPOLITAN LEGAL CENTER, PA,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    DEFENDANT'S PROPOSED<br>)    ORDER REGARDING<br>)    MOTION TO DISMISS<br>)    PURSUANT TO<br>)    F.R.C.P. 12(b)(1) |

Because there is no diversity of citizenship, pursuant to 28 U.S.C. §1332 this Court lacks subject matter jurisdiction. The Plaintiff's Complaint is hereby dismissed.

DATED: _____    _____
                                                                          Justice, U.S. District Court
                                                                          for the District of Massachusetts