FILED
UNITED STATES DISTRICT COURT OFFICE
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| **MARC W. LAMBERTI, pro se,**<br>**Plaintiff**<br><br>v.<br><br>**DELTA ROOFING, LLC,**<br>**DELTA ROOFING MAINE, LLC,**<br>**BRETT D. CHAPMAN,**<br>**SAMUEL M. SHERRY, and**<br>**METROPOLITAN LEGAL CENTER, PA,**<br><br>**Defendants** | **DEFENDANT'S MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(1), FOR LACK OF JURISDICTION OVER THE SUBJECT MATTER WITH INCORPORATED MEMORANDUM OF LAW** |

The Defendants Delta Roofing, LLC, Delta Roofing Maine, LLC, and Brett Chapman, by and through their attorneys, Troubh Heisler, moves the Court to dismiss the Complaint in this matter because there is not complete diversity of citizenship and therefore there is no jurisdiction over the subject matter pursuant to 28 U.S.C. §1332, and states as follows:

1. The Plaintiff (hereinafter "Lamberti") has brought a Complaint for breach of contract, fraudulent misrepresentation, slander of title, intentional infliction of emotional distress and violation of MGLA chapter 93A.

2. Lamberti verifies in the Complaint that he is and at all times relevant hereto has been a resident of Boston, Massachusetts. (Complaint hereinafter "C", ¶1).

3. Plaintiff alleges that Defendant Brett D. Chapman is an individual residing at 23 Grasshopper Lane, Acton, Massachusetts (C ¶4).

4. Pursuant to the attached Affidavit of Brett D. Chapman (Exhibit A), Brett Chapman attests that he is a citizen of Massachusetts and resides in Acton, Massachusetts.

5. Pursuant to the Affidavit of Brett D. Chapman, Brett Chapman attests that he is a member of the two limited liability company defendants, Delta Roofing, LLC and Delta Roofing Maine, LLC. As such, for purposes of determining citizenship, both limited liability company defendants are citizens of Massachusetts.

6. Because there is not complete diversity of citizenship based on Defendant Chapman's residency and citizenship in Massachusetts and/or Defendants Delta Roofing, LLC and Delta Roofing Maine, LLC being citizens of Massachusetts, this Court lacks subject matter jurisdiction and the Complaint should be dismissed.

7. Pursuant to Local Rule 7.1(a)(2) the undersigned counsel verifies that the parties have been unable to resolve this Motion.

## MEMORANDUM OF LAW

Absent complete diversity of citizenship, this Court lacks subject matter jurisdiction. <u>Strawbridge v. Curtiss</u>, 3 Cranch 267, 7 U.S. 267, 2 L.Ed. 435 (1806).

Limited liability companies are citizens of the state or states of which their members are citizens. <u>JMTR Enterprises, LLC v. Duchin</u>, 42 F.Supp.2d 87, 94 (D.Mass. 1999). "The vast majority of federal courts considering the matter have

2

ruled in favor of treating limited liability companies more like unincorporated partnerships than corporate entities and have held that a limited liability company is a citizen of the state or states of which its members are citizens." Van Beek v. Ninkov, 265 F.Supp.2d 1037, 1042 (N.D.Iowa 2003) citing among others, JMTR Enterprises, supra. See also, Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998).

Here, Plaintiff Lamberti is a citizen of the state of Massachusetts. Three of the Defendants are also citizens of the state of Massachusetts. Plaintiff alleges in paragraph 4 of his Complaint that Defendant Chapman resides in Acton, Massachusetts. Defendant Chapman's Affidavit attests that he is a citizen of Massachusetts and resides in Acton. For this reason alone, there is a lack of complete diversity.

Further, Defendant Chapman's Affidavit attests that he is a member of both Defendant limited liability companies, Delta Roofing, LLC and Delta Roofing Maine, LLC. Pursuant to this Court's decision in JMTR Enterprises, supra, both Defendant limited liability companies are also citizens of Massachusetts. For this additional reason, there is also a lack of complete diversity and this Court lacks subject matter jurisdiction under 28 U.S.C. §1332.

## CONCLUSION

For these reasons, this Court should grant the Defendants' Motion to Dismiss.

DATED at Portland, Maine, this 23rd day of March, 2005.

_____
DANIEL F. GILLIGAN, BBO#549106
Attorney for Defendants
Delta Roofing, LLC
Delta Roofing Maine, LLC
Brett D. Chapman

TROUBH HEISLER
P.O. Box 9711
Portland, ME 04104-5011
(207) 780-6789

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

| | |
|---|---|
| MARC W. LAMBERTI, pro se,<br>**Plaintiff**<br><br>v.<br><br>DELTA ROOFING, LLC,<br>DELTA ROOFING MAINE, LLC,<br>BRETT D. CHAPMAN,<br>SAMUEL M. SHERRY, and<br>METROPOLITAN LEGAL CENTER, PA,<br>**Defendants** | AFFIDAVIT OF<br>BRETT D. CHAPMAN |

I, Brett D. Chapman, being duly sworn, depose and says as follows:

1. The statements made by me in this Affidavit are true to the best of my knowledge and I am competent to testify to the matters contained herein;

2. I am a resident and citizen of Massachusetts. Prior to and at the time the Complaint in this matter was filed I resided at 23 Grasshopper Lane, Acton, Massachusetts. I continue to reside at 23 Grasshopper Lane, Acton, Massachusetts.

3. I am a member and manager of Delta Roofing, LLC, a New Hampshire limited liability company. Delta Roofing, LLC has its principal place of business located at 2 Sterling Road, North Billerica, Massachusetts;

4. I am a member and manager of Delta Roofing of Maine, LLC, a Maine limited liability company with its principal place of business in Portland, Maine.

DATED: March 22, 2005

_____
Brett D. Chapman

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, SS.

    Before me personally appeared the above-named Brett D. Chapman and made oath as to the truth of the foregoing Affidavit.

DATED: March 22, 2005

_____
Notary Public
My Commission Expires:

DIANE OLIVO
NOTARY PUBLIC
COMMONWEALTH of MASSACHUSETTS
MY COMMISSION EXPIRES
MARCH 13, 2009

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

FILED
CLERK'S OFFICE

2005 MAR 25 P 2: 19

DISTRICT COURT
DISTRICT OF MASS.

MARC W. LAMBERTI, pro se, )
    Plaintiff )
)
)
v. )
)
)
DELTA ROOFING, LLC, )
DELTA ROOFING MAINE, LLC, )
BRETT D. CHAPMAN, )
SAMUEL M. SHERRY, and )
METROPOLITAN LEGAL CENTER, PA, )
)
    Defendants )

CERTIFICATE OF SERVICE

    I, Daniel F. Gilligan, Esquire, do hereby certify that I have served a copy of the foregoing Motion to Dismiss and the attached Proposed Order on the Plaintiff, Marc W. Lamberti, 40 Saint Botolph Street, Apartment 24, Boston, Massachusetts 02116 and Defendants Samuel M. Sherry and Metropolitan Legal Center, PA at PO Box 18201, Portland, Maine 04112-8201 by depositing same in the mail, first class, postage prepaid, on this 24th day of March, 2005.

                                DANIEL F. GILLIGAN, BBO#549106
                                Attorney for Defendants
                                Delta Roofing, LLC
                                Delta Roofing Maine, LLC
                                Brett D. Chapman

TROUBH HEISLER
P.O. Box 9711
Portland, ME 04104-5011
(207) 780-6789