UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

| | |
|---|---|
| **MARC W. LAMBERTI, pro se,**<br>**Plaintiff**<br><br>v.<br><br>**DELTA ROOFING, LLC,**<br>**DELTA ROOFING MAINE, LLC,**<br>**BRETT D. CHAPMAN,**<br>**SAMUEL M. SHERRY, and**<br>**METROPOLITAN LEGAL CENTER, PA,**<br>**Defendants** | **SUPPLEMENTAL**<br>**AFFIDAVIT OF**<br>**BRETT D. CHAPMAN** |

I, Brett D. Chapman, being duly sworn, depose and say as follows:

1. The statements made by me in this Affidavit are true to the best of my knowledge and I am competent to testify to the matters contained herein.

2. I am a resident and citizen of Massachusetts. I reside at 23 Grasshopper Lane, Acton, Massachusetts.

3. I became a member of Delta Roofing, LLC on March 6, 2002. I became a member of Delta Roofing of Maine, LLC on August 20, 2003. I have been a member of Delta Roofing, LLC and Delta Roofing of Maine, LLC since those dates to the present and continuing.

DATED: 3/31/05

_____
Brett D. Chapman

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX, SS.

Before me personally appeared the above-named Brett D. Chapman and made oath as to the truth of the foregoing Affidavit.

DATED: March 31, 2005

_____
Notary Public
My Commission Expires:

JOYCE A. WOODLEY
Notary Public, Maine
My Commission Expires October 2, 2009