UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

FILED
CLERKS OFFICE
2005 APR 25 P 2: 03
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| **MARC W. LAMBERTI, pro se,**<br><br>Plaintiff<br><br>v.<br><br>**DELTA ROOFING, LLC,**<br>**DELTA ROOFING MAINE, LLC,**<br>**BRETT D. CHAPMAN,**<br>**SAMUEL M. SHERRY, and**<br>**METROPOLITAN LEGAL CENTER, PA,**<br><br>**Defendants** | **DEFENDANTS' MOTION TO CONTINUE SCHEDULING CONFERENCE**<br>**(LOCAL RULE 40.3)** |

The Defendants Delta Roofing, LLC, Delta Roofing Maine, LLC, and Brett Chapman, by and through their attorneys, Troubh Heisler, moves this Court to continue the scheduling conference in this matter presently scheduled to take place in Courtroom 1 on 3:00 p.m. on May 24, 2005 for reasons as follows:

1. Undersigned counsel for the Defendants is firmly scheduled to be in trial on May 23 and May 24, 2005 in the matter of <u>Michael Maietta v. The Town of Scarborough</u>, Case No. 0102003D pending before the Maine Workers' Compensation Board, Portland Regional, Office, 62 Elm Street, Portland, Maine 04101 (Hearing Officer Collier). It is definite that this trial will go forward as it is on remand for retrial by the Maine Supreme Court and the parties have exhausted all settlement discussions;

2. Further, by Motion dated March 23, 2005, Defendants filed a Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter. Plaintiff (Pro Se) has not filed an objection within the time limits set forth by the Rules of Civil Procedure and Local Rules. Plaintiff has further represented to undersigned counsel that he had no intention of objecting to Defendants' Motion to Dismiss for lack of subject matter jurisdiction.

3. Accordingly, this Court should grant the Defendants' Motion to Dismiss rendering the need for a scheduling conference moot.

4. Pursuant to Local Rule 7.1(a)(2), the undersigned counsel verifies that he has conversed with Russell Conn, Esquire, attorney for Defendant Samuel Sherry and Metropolitan Legal Center, P.A., and he has no objection to the Motion to Continue. Undersigned counsel has attempted without success to learn from Plaintiff whether he objects or consents to this Motion.

For these reasons, this Court should grant the Defendants' Motion to Dismiss.

WHEREFORE, for the reasons cited above, this Court should grant the Defendants' Motion to Continue Scheduling Conference.

DATED at Portland, Maine, this 20th day of April, 2005.

_____
DANIEL F. GILLIGAN, BBO#549106
Attorney for Defendants
Delta Roofing, LLC
Delta Roofing Maine, LLC
Brett D. Chapman

TROUBH HEISLER
P.O. Box 9711
Portland, ME 04104-5011
(207) 780-6789

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
DOCKET NO. 1:05-cv-10407-DPW

MARC W. LAMBERTI, pro se, )
    Plaintiff )
  )
  )
v. )
  )   CERTIFICATE OF SERVICE
  )
DELTA ROOFING, LLC, )
DELTA ROOFING MAINE, LLC, )
BRETT D. CHAPMAN, )
SAMUEL M. SHERRY, and )
METROPOLITAN LEGAL CENTER, PA, )
  )
    Defendants

I, Daniel F. Gilligan, Esquire, do hereby certify that I have served a copy of the foregoing Motion to Continue Scheduling Conference on the Plaintiff, Marc W. Lamberti, 40 Saint Botolph Street, Apartment 24, Boston, Massachusetts 02116 and Russell Conn, Attorney for Defendants Samuel M. Sherry and Metropolitan Legal Center at Conn Cavanaugh Rosenthal Peisch & Ford LLP, Ten Post Office Square, Boston, MA 02109 by depositing same in the mail, first class, postage prepaid, on this 21 day of April, 2005.

                                   DANIEL F. GILLIGAN, BBO#549106
                                   Attorney for Defendants
                                   Delta Roofing, LLC
                                   Delta Roofing Maine, LLC
                                   Brett D. Chapman

TROUBH HEISLER
P.O. Box 9711
Portland, ME 04104-5011
(207) 780-6789