UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
MARCH W. LAMBERTI, PRO SE,      )
      Plaintiff,                )  CIVIL ACTION NO.
                                )  05-10407-DPW
            v.                  )
                                )
DELTA ROOFING, LLC,             )
DELTA ROOFING MAINE, LLC,       )
BRETT D. CHAPMAN,               )
SAMUEL M. SHERRY, AND           )
METROPOLITAN LEGAL CENTER, PA,  )
      Defendants.               )
```

MEMORANDUM AND ORDER
May 23, 2005

The defendants have moved to dismiss this complaint brought under the diversity jurisdiction of this court on grounds that the allegations demonstrate a lack of complete diversity as required by long-standing interpretation of the requirements for diversity jurisdiction. Strawbridge v. Curtiss, 3 Cranch 267, 7 U.S. 267 (1806).

The plaintiff in the case is assertedly a citizen of Massachusetts. Complaint ¶ 1. One of the individual defendants, Brett D. Chapman, is by the plaintiff's own allegations also a citizen of Massachusetts. Complaint ¶ 4. This offends a basic diversity jurisdiction requirement, "that diversity of citizenship among the parties [be] complete, i.e., [that it is available] only if there is no plaintiff and no defendant who are citizens of the same state." Wisconsin Dept. of Corrections. v. Schacht, 524 U.S. 381, 388 (1998). Moreover, two of the defendants are limited liability corporations. Chapman is a

member of both.  The prevailing view in the case law is that such entities are citizens of the state or states of which their members are citizens.  <u>See</u> <u>generally</u> <u>JMTR Enterprises L.L.C. v. Duchin</u>, 42 F.Supp.2d 87, 93-94 (D. Mass. 1999).

The plaintiff has filed no opposition to the well-founded motions to dismiss despite an extended period of time within which to do so.

Accordingly, the clerk is directed to dismiss this action.

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE