UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARC W. LAMBERTI,            )<br>     Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>DELTA ROOFING, LLC,           )<br>     Defendants.          ) | CIVIL ACTION<br>NO. 05-10407-DPW |

### ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued May 23, 2005 (#9), allowing (#2) Motion to Dismiss filed by Defendants Samuel M. Sherry and Metropolitian Legal Center and allowing (#5) Motion to Dismiss filed by Defendants Delta Roofing, LLC, Delta Roofing Maine, LLC, and Brett D. Chapman, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                     BY THE COURT,

                                     /s/ Michelle Rynne
                                     Deputy Clerk

DATED: May 25, 2005